John R. Armstrong, Cal. Bar No. 1839122)
Thomas D. Georgianna, Cal. Bar No. 242115
HORWITZ, CRON & ARMSTRONG, LLP
26475 Rancho Parkway South
Lake Forest, CA 92630
Telephone: (949) 540-6540
Facsimile: (949) 540-6578
E-mail: jarmstrong@hcalaw.biz
tgeorgianna@hcalaw.biz

Attorneys for Plaintiff/Cross-Defendant Wecosign, Inc. and Frank Jakubaitis, and Cross-Defendant Tara Jakubaitis and Tara Pacific, Inc.

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WECOSIGN, INC., A California Corporation; FRANK JAKUBAITIS, An individual;<br><br>      Plaintiffs,<br><br>         vs.<br><br>CARLOS PADILLA, III, An individual; and David Serio, An individual; DOES 1 through 100, inclusive;<br><br>      Defendants. | Case No.: 8:11-CV-01400-AG-RNV<br><br>**ORDER DISMISSING ACTION**<br><br>Hon. Andrew J. Guilford<br>Loction: Courtroom 10D |

And Related Cross-Claim

IT IS HEREBY ORDERED that:

1) Plaintiffs' claim for "Federal Racketeering Activity" and "Conspiracy to Commit Racketeering Activity" is hereby dismissed with prejudice;

2) All remaining claims in the Complaint and Second Amended Cross-Complaint are hereby dismissed

```
 1           without prejudice; and
 2        3) No  costs,  expenses,  fees,  attorney's  fees  or
 3           sanctions  shall  be  awarded  to  any  party  to  this
 4           action  by  way  of  the  dismissals  contemplated  in
 5           this stipulation.
 6
 7   Dated: February 02, 2012  2/2/2012
 8       _____
 9                              ANDREW J. GUILFORD
10                          UNITED STATES DISTRICT JUDGE
```

2
ORDER ON STIPULATION TO DISMISS